UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARA GOGGIA,

    Plaintiff,

    v.

FEDERAL NATIONAL MORTGAGE
ASSOCIATION aka FANNIE MAE
and DOES 1 through 50,
inclusive,

    Defendants.

               NO. CIV. S-12-3091 LKK/KJN

O R D E R

This matter was removed to this court on December 26, 2012. (ECF No. 1.) On January 2, 2013, defendant Federal National Mortgage Association filed a Motion to Dismiss the complaint. (ECF No. 6.) That motion was set for hearing on February 11, 2013. On January 23, 2013, plaintiff filed an amended complaint. (ECF No. 9.)

In light of the foregoing, the court ORDERS as follows:

    [1] Defendant's Motion to Dismiss is DENIED as moot.

    [2] The hearing currently scheduled for February 11, 2013 is VACATED.

1

1       IT IS SO ORDERED.

2       DATED:  January 29, 2013.

                                _____
                                LAWRENCE K. KARLTON
                                SENIOR JUDGE
                                UNITED STATES DISTRICT COURT