UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARA GOGGIA,

      Plaintiff,

                          NO. CIV. S-12-3091 LKK/KJN

  v.

FEDERAL NATIONAL MORTGAGE
ASSOCIATION aka FANNIE MAE          O R D E R
and DOES 1 through 50,
inclusive,

      Defendants.
_____/

    Pending before the court in the above-captioned case is defendant's Motion to Dismiss Plaintiff's First Amended Complaint, set for hearing on March 25, 2013 at 10:00 a.m. Accordingly, the Status (Pretrial Scheduling) Conference currently scheduled for March 11, 2013 at 3:30 p.m. is CONTINUED to May 6, 2013 at 3:30 p.m. The parties are directed to file status reports fourteen (14) days prior to the date of the rescheduled status conference.

    IT IS SO ORDERED.

    DATED: February 26, 2013.

                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                          1    UNITED STATES DISTRICT COURT