**Brian H. Gunn (SBN 192594)**
*bhgunn@wolfewyman.com*
**Andrew A. Bao (SBN 247092)**
*aabao@wolfewyman.com*
**WOLFE & WYMAN LLP**
**2175 N. California Blvd., Suite 645**
**Walnut Creek, California 94596-3502**
**Telephone:  (925) 280-0004**
**Facsimile:   (925) 280-0005**

Attorneys for Defendant
FEDERAL NATIONAL MORTGAGE ASSOCIATION
erroneously sued as "FEDERAL NATIONAL
MORTGAGE ASSOCIATION aka FANNIE MAE"

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| LARA GOGGIA,<br><br>         Plaintiffs,<br><br>   v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION aka FANNIE MAE and DOES 1 through 50, inclusive,<br><br>         Defendants. | Case No.: 2:12-cv-03091-MCE-KJN<br><br>**STIPULATION AND ORDER TO DISMISS ACTION PURSUANT TO RULE 41(a)(2)** |

Plaintiff LARA GOGGIA ("Plaintiff") and Defendant FEDERAL NATIONAL MORTGAGE ASSOCIATION erroneously sued as "FEDERAL NATIONAL MORTGAGE ASSOCIATION aka FANNIE MAE" ("Defendant" and/or "Federal National Mortgage Association") hereby stipulate that the action be dismissed with prejudice against Defendant.

<u>**RECITALS**</u>

1.      WHEREAS, Plaintiff and Defendant executed a settlement agreement on October 30, 2014;

2.      WHEREAS, as part of said settlement agreement, Plaintiff agreed to dismiss Defendant with prejudice in this action, with the parties to bear their own fees and costs;

1     3.     WHEREAS, Plaintiff filed a request for dismissal in this action on November 4, 2014.

**STIPULATION**

IT IS HEREBY STIPULATED BETWEEN THE PARTIES that Defendant Federal National Mortgage Association be dismissed with prejudice, with all parties to bear their own fees and costs.

DATED: February 27, 2015          UNITED LAW CENTER


By: /s/ Jon Oldenburg (w/authorization)
    JON OLDENBURG
Attorneys for Plaintiff
**LARA GOGGIA**

DATED: February 27, 2015          WOLFE & WYMAN LLP


By: /s/ Andrew A. Bao  (SBN 247092)
    ANDREW A. BAO
Attorneys for Defendant
**FEDERAL NATIONAL MORTGAGE ASSOCIATION erroneously sued as "FEDERAL NATIONAL MORTGAGE ASSOCIATION aka FANNIE MAE"**

**ORDER**

The Court, having considered the stipulation by and between the parties herein, hereby ORDERS as follows:

IT IS ORDERED that Defendant Federal National Mortgage Association be dismissed from this action with prejudice.  All parties to bear their own fees and costs.

Dated:  March 3, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT